DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MARTHA ORTIZ,**
Appellant,

v.

**HOMEOWNERS CHOICE PROPERTY &
CASUALTY INSURANCE COMPANY,**
Appellee.

No. 4D19-1146

[October 8, 2020]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Jack B. Tuter, Judge; L.T. Case No. CACE-15-019873 (02).

Melissa A. Giasi of Giasi Law, P.A., Tampa, for appellant.

David A. Karp, Benjamine Reid, and Jeffrey A. Cohen of Carlton Fields, P.A., Miami, for appellee.

PER CURIAM.

*Affirmed.*

CIKLIN, FORST and KUNTZ, JJ., concur.

\*        \*        \*

***Not final until disposition of timely filed motion for rehearing.***